# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue | |
|---|---|---|
| Johanna Schmitt | New York, NY 10022 | |
| To Call Writer Directly: | United States | Facsimile: |
| +1 212 446 4841 | +1 212 446 4800 | +1 212 446 4900 |
| johanna.schmitt@kirkland.com | | |
| | www.kirkland.com | |

August 13, 2020

**Via ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Overtime Sports, Inc. v. Dick's Sporting Goods, Inc. et al.*, Case No. 1:20-cv-03401

Dear Judge Matsumoto:

We represent Dick's Sporting Goods, Inc. and its affiliate, American Sports Licensing, LLC (collectively, "DSG") in the above-referenced action. We write pursuant to the Court's Order, dated August 12, 2020.

In light of Your Honor's recommendation that the parties also attempt to settle this case, DSG is amenable to having this matter referred to Magistrate Judge Pollak for a settlement conference, as Your Honor suggested. Plaintiff's counsel will confer on that issue as well. Absent a settlement, the deadline for DSG to respond to the complaint remains September 29, 2020.

In addition, in order to allow the Court to have a more complete record before ruling on Plaintiff's request for a preliminary injunction, DSG has decided to defer the opening of new stores with the name "Overtime by Dick's Sporting Goods" (including in Tempe, Arizona), pending expedited bilateral discovery and the disposition of Plaintiff's motion for a preliminary injunction. This morning, we proposed to Plaintiff's counsel the schedule below for expedited discovery and further briefing in connection with Plaintiff's motion for preliminary injunction, which we then discussed by phone, as well as potential parameters for a more truncated schedule that Plaintiff may prefer.

| | |
|---|---|
| Last Day to Serve Targeted Document Demands | August 17, 2020 |
| Deadline for Service of Document Productions | August 31, 2020 |
| Motion for Preliminary Injunction | September 15, 2020 |
| Deadline for Completion of Depositions of Plaintiff's Declarants and/or 30(b)(6) Witness | October 6, 2020 |

## KIRKLAND & ELLIS LLP

Hon. Kiyo A. Matsumoto
August 13, 2020
Page 2

| Opposition to Preliminary Injunction | October 23, 2020 |
|---|---|
| Deadline for Completion of Depositions of Defendants' Declarants and/or 30(b)(6) | November 11, 2020 |
| Hearing (without live witnesses) | November 17, 2020 |
| Hearing (with live witnesses) | November 24, 2020 |

Plaintiff's counsel plans to further consider a schedule, and the parties plan to reconvene by phone this afternoon to discuss, in the hopes of providing a joint proposed schedule for expedited discovery and further briefing in connection with Plaintiff's motion later today or tomorrow.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

Johanna Schmitt

cc:   Counsel of Record