

**Leo Kittay**
Partner

151 West 42nd Street, 17th Floor
New York, NY 10036

T 212.813.8210
lkittay@fzlz.com

August 13, 2020

**BY ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Overtime Sports, Inc. v. Dick's Sporting Goods, Inc. et al*
      Civil Action No. 20 Civ. 3401 (KAM)(CLP)

Dear Judge Matsumoto:

We represent Plaintiff Overtime Sports, Inc. in the above-referenced matter. We write pursuant to the Court's Order issued today.

We were pleased to learn that Defendants in this action are amenable to having the matter referred to Magistrate Judge Pollak for a settlement conference. Plaintiff is amenable as well and would be most interested in scheduling the conference at Magistrate Judge Pollak's earliest convenience, in the interest of resolving this matter before substantially more resources are expended.

Regarding the proposed discovery and briefing schedule that Defendants' counsel submitted to the Court earlier today, the parties have now conferred and have agreed to the following proposal:

| Event | Schedule |
| --- | --- |
| Deadline for Targeted Document Demands and Interrogatories | August 17, 2020 |
| Deadline for Discovery Responses and Productions | August 28, 2020 |
| Deadline for Plaintiff's Fact Witness Declarations | September 3, 2020 |
| Deadline for Motion for Preliminary Injunction | September 4, 2020 |
| Deadline for Opposition Brief to Motion for Preliminary Injunction | October 1, 2020 |
| Deadline for Plaintiff's Reply Brief | October 19, 2020 |

| Hearing (without live witnesses) | October 28, 2020 |
| --- | --- |
| Hearing (with live witnesses) | October 30, 2020 |

We appreciate the Court's attention to this matter.

Respectfully submitted,

Leo Kittay

cc:  All counsel of record (by ECF)

{F3642736.1 }